■ In the Matter of A. JOSHUA EHRLICH, Respondent, v HARRY C. FOTOPOULOS, Appellant, and BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondent. (And Another Action.) — Judgment, Supreme Court, New York County (A. Klein, J.), entered on August 22, 1984, unanimously affirmed, without costs and without disbursements. No opinion. Concur — Silverman, J. P., Bloom, Fein, Kassal and Alexander, JJ.

■ In the Matter of ALEXANDER CASTILLO et al., Appellants, v ESPERANZA MACLARA et al., and BOARD OF ELECTIONS IN THE CITY OF NEW YORK, Respondents. — Judgment, Supreme Court, Bronx County (Orest V. Maresca, J.), entered on August 21, 1984, unanimously modified, on the law, to the extent of granting the petition to validate the designating petition as to all candidates and, as thus modified, affirmed, without costs and without disbursements. (See *Matter of Maniscalco v Power,* 4 AD2d 479, affd 3 NY2d 918; *Matter of Livreri v Gargiulo,* 49 NY2d 832; *Matter of Glowacki v Smolinski,* 89 AD2d 1053.) No opinion. Concur — Silverman, J. P., Bloom, Fein, Kassal and Alexander, JJ.

■ In the Matter of ALEXANDER A. DELLE CESE et al., Appellants, v ROBERT S. BLACK et al., Constituting the Board of Elections in the City of New York, and AGATHER E. WATT et al., Respondents. — Judgment, Supreme Court, Bronx County (Orest V. Maresca, J.), entered on August 21, 1984, unanimously affirmed, without costs and without disbursements. While we do not agree with Special Term's holding as to standing, it appears that the cover sheet was defective. (See our decision in *Matter of Castillo v Maclara,* 104 AD2d 338.) No opinion. Concur — Silverman, J. P., Bloom, Fein, Kassal and Alexander, JJ.